# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number:

In the Matter of

Kimberly Ladehoff and the Village of
Lombard, an Illinois Municipal Corporation
        Plaintiffs,        v.

Glenn Carter, Defendant

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Lombard

FILED

APRIL 11, 2008          YM

08CV2077

JUDGE LEFKOW

MAGISTRATE JUDGE BROWN

NAME (Type or print)

Kathleen T. Henn

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

        s/   Kathleen T. Henn

FIRM

Klein, Thorpe and Jenkins, Ltd.

STREET ADDRESS

20 N. Wacker Drive - Suite 1660

CITY/STATE/ZIP

Chicago, Il  60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256075 | 312-984-6400 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☒ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐ NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐ NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐    NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐