## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2077     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee  ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
      *(Type of Writ)*                 _____
                                       *(Type of issuance)*

<u>1</u> Original and <u>1</u> copies on <u>5-21-08</u> as to <u>GLENN CARTER</u>
                                *(Date)*

_____
_____