U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-CV-02077

Kimberly Ladehoff and The Village of Lombard, Plaintiffs
v.
Glenn Carter, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Village of Lombard

| | |
|---|---|
| NAME (Type or print) Lance C. Malina | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Lance C. Malina | |
| FIRM Klein, Thorpe & Jenkins, Ltd. | |
| STREET ADDRESS 20 North Wacker Drive, Suite 1660 | |
| CITY/STATE/ZIP Chicago / Illinois / 60657 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 90446 | TELEPHONE NUMBER (312) 984 - 6400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |