AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Kimberly Ladehoff and The Village
of Lombard, an Illinois Municipal Corporation
         Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Glenn Carter
        Defendant

CASE NUMBER: 2008 CV 2077

ASSIGNED JUDGE: Judge Lefkow

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Glenn Carter
8316 Purple Martin Court
Bradenton, Florida 34202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Henn
Klein, Thorpe and Jenkins, Ltd.
20 N. Wacker Dr., Ste. 1660
Chicago, IL 60606

William Anaya
Arnstein & Lehr
120 S. Riverside Plaza, Ste. 1200
Chicago, IL 60606

an answer to the complaint which is herewith served upon you within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

5-21-08
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | May 28, 2008 @ 7:25 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Judd Vogan, CPS# 351 | Certified Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8316 Purple Martin Court Bradenton, Fl 34202

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-29-08
            Date

Signature of Server  #351

Address of Server:
Certified Legal Process
7514 Castle Drive
Sarasota, FL 34240
Office: 336-308-4348
Cell: 941-378-7887
Fax: 866-811-9198

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure