IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KIMBERLY LADEHOFF and** | ) | |
| **THE VILLAGE OF LOMBARD, an Illinois** | ) | |
| **Municipal Corporation,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 08 CV 2077 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| **GLENN CARTER,** | ) | Plaintiffs Demand |
| | ) | Trial By Jury |
| Defendant. | | |

### NOTICE OF MOTION

TO: Glenn Carter                          William J. Anaya
    8316 Purple Martin Court         Georgia Logothetis
    Bradenton, FL  34202              Daniel I. Schlade
                                                    Arnstein & Lehr LLP
                                                    120 S. Riverside Plaza - #1200
                                                    Chicago, IL  60606

   PLEASE TAKE NOTICE that on the 3rd day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL  60604, and then and there shall present Plaintiffs' Motion for Default Judgment, a copy of which is attached hereto and served upon you.

                                                                KLEIN, THORPE AND JENKINS, LTD.


                                                                _____
                                                                /s/ Kathleen T. Henn, One of the attorneys
                                                                for Plaintiff, Village of Lombard

## **CERTIFICATE OF SERVICE**

      I, Kathleen T. Henn, an attorney, certify that I caused a copy of this Notice, and the attachment described therein to be served upon William J. Anaya, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system and by mailing a copy to Glenn Carter at his respective address via regular U.S. Mail and Certified Mail, Return Receipt Requested, with proper postage prepaid from 20 N. Wacker Drive, Chicago, Illinois before 5:00 p.m. on June 26, 2008.

                                                      _____
                                                      /s/ Kathleen T. Henn