UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kimberly Ladehoff, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−02077
                                                Honorable Joan H. Lefkow

Glenn Carter
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/3/2008 regarding motion for default judgment [14]. Default is entered against defendant Glenn Carter. Affidavits in support of motion for default judgment due by 7/18/2008. Prove−up on motion for default judgment [14] set for 7/22/2008 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.