IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY LADEHOFF and<br>THE VILLAGE OF LOMBARD, an Illinois<br>Municipal Corporation, | )<br>)<br>) |
| Plaintiffs, | ) Case No: 08 CV 2077 |
| v. | ) Judge Lefkow |
| GLENN CARTER, | ) Plaintiffs Demand<br>) Trial By Jury |
| Defendant. | |

## MOTION TO RESCHEDULE PROVE-UP ON MOTION FOR DEFAULT JUDGMENT

Now Come Plaintiffs, Kimberly Ladehoff, by and through her attorneys Arnstein & Lehr LLP, and the Village of Lombard, an Illinois Municipal Corporation, by and through its attorneys, Klein, Thorpe and Jenkins, Ltd. and as their Motion to Reschedule Prove-Up on Motion for Default Judgment state the following:

1. On July 3, 2008, this Court granted Plaintiffs' Motion for Default Judgment. In addition, the Court set the matter for prove-up on July 22, 2008 and ordered all supporting affidavits to be submitted by July 17, 2008.

2. Plaintiffs need additional time to obtain the necessary affidavits.

3. Plaintiffs request that the Court reschedule the Prove-Up on their Motion for Default Judgment to a date approximately thirty days after the initial date of July 22 set by the Court.

WHEREFORE, Plaintiffs, Kimberly Ladehoff, and the Village of Lombard, an Illinois Municipal Corporation, pray that the Court reschedule the Prove-Up on their Motion for Default Judgment to a date approximately thirty (30) days after July 22, 2008 and for any further relief the Court deems appropriate.

IManage:216552_1

KIMBERLY LADENOFF

By: *[signature]*
One of her Attorneys

William J. Anaya
Georgia Logothetis
Daniel I. Schlade
ARNSTEIN & LEHR LLP
120 South Riverside Plaza-#1200
Chicago, Illinois 60606
PHONE: 312-876-7100

THE VILLAGE OF LOMBARD

By: *[signature]*
One of its attorneys

Dennis G. Walsh
Lance C. Malina
Kathleen T. Henn
KLEIN, THORPE AND JENKINS, LTD.
20 N. Wacker Dr., Ste. 1660
Chicago, Illinois 60606
PHONE: 312-984-6400

iManage:216552_1