## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY LADEHOFF and<br>THE VILLAGE OF LOMBARD, an Illinois<br>Municipal Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>GLENN CARTER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No: 08 CV 2077<br>)<br>)   Judge Lefkow<br>)<br>)   Plaintiffs Demand<br>)   Trial By Jury |

## NOTICE OF MOTION

TO:  Glenn Carter  
      8316 Purple Martin Court  
      Bradenton, FL 34202  

William J. Anaya  
Georgia Logothetis  
Daniel I. Schlade  
Arnstein & Lehr LLP  
120 S. Riverside Plaza - #1200  
Chicago, IL 60606  

    PLEASE TAKE NOTICE that on the 22nd day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and then and there shall present Plaintiffs' Motion to Reschedule Prove-Up on Motion for Default Judgment, a copy of which is attached hereto and served upon you.

                                                      KLEIN, THORPE AND JENKINS, LTD.

                                                       _____  
                                                       /s/ Kathleen T. Henn, One of the attorneys  
                                                       for Plaintiff, Village of Lombard

## **CERTIFICATE OF SERVICE**

      I, Kathleen T. Henn, an attorney, certify that I caused a copy of this Notice, and the attachment described therein to be served upon William J. Anaya, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system and by mailing a copy to Glenn Carter at his respective address via regular U.S. Mail with proper postage prepaid from 20 N. Wacker Drive, Chicago, Illinois before 5:00 p.m. on July 17, 2008.

                                                                                                        _____
                                                                                                       /s/ Kathleen T. Henn

iManage:216567_1