UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kimberly Ladehoff, et al.
                           Plaintiff,

v.                                                   Case No.: 1:08−cv−02077
                                                     Honorable Joan H. Lefkow

Glenn Carter
                           Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Plaintiffs' motion to reschedule [18] is granted. In Court hearing on prove−up is reset to 8/26/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.