## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY LADEHOFF and THE VILLAGE OF LOMBARD, an Illinois Municipal Corporation, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GLENN CARTER, )<br><br>Defendant. | Case No: 08 CV 2077<br><br>Judge Lefkow<br><br>Plaintiffs Demand Trial By Jury |

### NOTICE OF MOTION

TO:  Glenn Carter  
     8316 Purple Martin Court  
     Bradenton, FL  34202

William J. Anaya  
Georgia Logothetis  
Daniel I. Schlade  
Arnstein & Lehr LLP  
120 S. Riverside Plaza - #1200  
Chicago, IL  60606

     PLEASE TAKE NOTICE that on the 26th day of August, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Joan Lefkow, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL  60604, and then and there shall present Plaintiff's, Village of Lombard's, Motion to Reschedule Prove-Up on Motion for Default Judgment, a copy of which is attached hereto and served upon you.

                                                      KLEIN, THORPE AND JENKINS, LTD.

                                                      _____  
                                                      /s/ Kathleen T. Henn, One of the attorneys  
                                                      for Plaintiff, Village of Lombard

## **CERTIFICATE OF SERVICE**

      I, Kathleen T. Henn, an attorney, certify that I caused a copy of this Notice, and the attachment described therein to be served upon William J. Anaya, electronically, by filing the same with the Northern District of Illinois' CM-ECF online system and by mailing a copy to Glenn Carter at his respective address via regular U.S. Mail with proper postage prepaid from 20 N. Wacker Drive, Chicago, Illinois before 5:00 p.m. on August 20, 2008.

_____
/s/ Kathleen T. Henn

iManage:218962_1