**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kimberly Ladehoff, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−02077
                                                Honorable Joan H. Lefkow

Glenn Carter
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion to reschedule [21] is granted. In Court hearing on prove−up on motion for default judgment [14] reset to 9/25/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.